IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL WADE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 15 CV 10644 |
| | ) | |
| v. | ) | |
| | ) | Hon. Charles R. Norgle |
| THOMAS DART, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

After the Court set this case for trial on August 16, 2016, Plaintiff filed a motion for summary judgment. Plaintiff's motion became fully briefed on August 1, 2016. Because of the belated filing of the summary judgment motion, the Court takes the motion under advisement and may return to it during the course of trial. The jury trial remains set for August 16, 2016.

Defendants' Motion for a Pretrial Conference [59] is denied. In terms of pretrial settlement, the Court encourages the parties to resolve this case without the Court's involvement and in the interests of fairness and justice.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: August 2, 2016